IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DAVID W. WALKER,
    Plaintiff,

vs.                                                1:02-CV-02(WLS)

GREGORY McLAUGHLIN; MR. SPEAR;
and MR. GREEN,
    Defendants.
_____

O R D E R

    Before the Court are Plaintiff's order form (Doc. #66), transcript acknowledgment form (Doc. #67), motion to add Defendant's exhibits to the record (Doc. 57) and motion to impeach witness. (Doc. #56). On May 23, 2005, the Court of Appeals for the Eleventh Circuit dismissed Plaintiff's notice of appeal for failure to prosecute. (Doc. #69). Specifically, the court found that Plaintiff failed to make proper arrangements for payment for the transcript. As the transcript order form and acknowledgment forms used by the Plaintiff are forms designated for use by indigent criminal defendants, Plaintiff's use of the forms is not proper. Further, as the Court has previously denied Plaintiff's petition to proceed *in forma pauperis*, he is not entitled a copy of the transcript at the taxpayer's expense. Therefore, to the extent that Plaintiff was using the forms to request free transcripts, the motions (Docs. #66 & 67) are DENIED. As the appeal has been dismissed, Plaintiff's remaining motions (Docs. 56, & 57) are DENIED as moot.

    SO ORDERED, this   31ST   day of May, 2005.

                                                    /s/W. Louis Sands
                                                    Hon. W. Louis Sands, Chief Judge
                                                    United States District Court